UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re:                                                                          Chapter 11

Property Equity Holding Corp,                                   Case No. **15-40321**-NHL


                            Debtor.
---------------------------------------------------------x

### ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED

WHEREAS, on January 28, 2015 (the "Petition Date"), the above-captioned debtor Property Equity Holding Corp. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, the Debtor is a Corporation and has filed its petition *pro se*; it is hereby

**ORDERED**, that the Debtor show cause at a hearing before the Honorable Nancy Hershey Lord, U.S. Bankruptcy Judge, on **February 25, 2015 at 11:00 a.m. (ET)** in Courtroom 2529, U.S. Bankruptcy Court, 271-C Cadman Plaza East, Brooklyn, New York, 11201, why the case should not be dismissed or converted for failure to be represented by counsel.



**Dated: January 31, 2015**                                                   _____
      **Brooklyn, New York**                                          **Nancy Hershey Lord**
                                                                                **United States Bankruptcy Judge**

**Service List:**

**Property Equity Holding Corp**
244 5th Ave.
Suite 2462
New York, NY 10001