# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: frandazzo | Date Created: 2/2/2015 |
| Case: 1−15−40321−nhl | Form ID: pdf000 | Total: 2 |

**Recipients of Notice of Electronic Filing:**
ust          Office of the United States Trustee          USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Property Equity Holding Corp          244 5th Ave.          Suite 2462          New York, NY 10001

TOTAL: 1